

# United States Probation & Pretrial Services

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

```
          FILED
CLERK, U.S. DISTRICT COURT

        1/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY:       MMC       DEPUTY
```

PACTS No: 9560973

**Passport Receipt**

U.S. Probation & Pretrial Services
Roybal

Defendant Name: Galvin Biao Liufu

Name on passport, if different: Fubiao Liu

Country of Origin: People's Republic of China

Passport Number: ▇▇▇▇▇▇

Date passport issued: 06/22/11

Expiration date of passport: 06/21/21

Ordered by court in the Central District of California

Docket Number: **0973 2:24CR00761-9**

| | | |
|---|---|---|
| YinYin Liu  _(signature)_ | | 01/27/25 |
| Surrendered By | | Date |
| Lilia Flores  _(signature)_ | | 01/27/25 |
| Received By | | Date |
| | | |
| Returned To | | Date |
| | | |
| Surrendered By | | Date |

Purpose Returned

Address (if mailed)