

*United States Probation & Pretrial Services*

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



```
FILED
CLERK, U.S. DISTRICT COURT

1/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY
```

PACTS No: 9561043

**Passport Receipt**

U.S. Probation & Pretrial Services
Roybal

Defendant Name: Jin Liu

Name on passport, if different:

Country of Origin: People's Republic of China

Passport Number: ▇▇▇▇▇▇▇

Date passport issued: 12/16/09

Expiration date of passport: 12/15/19

Ordered by court in the Central District of California

Docket Number: **0973 2:24CR00761-3**

| | | |
|---|---|---|
| Yuehong Qin _/s/ Yuehong Qin_ | | 01/27/25 |
| Surrendered By | | Date |
| | | |
| Lilia Flores _/s/_ | | 01/27/25 |
| Received By | | Date |

Returned To _____   Date _____

Surrendered By _____   Date _____

Purpose Returned _____

Address (if mailed) _____