BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT (Cal. Bar No. 318555)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3159/5748
    Facsimile: (213) 894-0141
    E-mail:   colin.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>Zheng et al.,<br><br>    Defendant. | No. 24-CR-00761<br><br><u>ORDER DENYING STIPULATION TO CONTINUE TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**CURRENT TRIAL DATE:** October 14, 2025<br>**[PROPOSED] TRIAL DATE:** December 17, 2025<br><br>**[Proposed] Pretrial Motions Deadline:** November 3, 2025 |
|---|---|

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on June 5th, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial

1  date in this matter, and provides good cause for a finding of
2  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
3       The Court further finds that:  (i) the ends of justice served by
4  the continuance outweigh the best interest of the public and
5  defendant in a speedy trial; (ii) failure to grant the continuance
6  would be likely to make a continuation of the proceeding impossible,
7  or result in a miscarriage of justice; (iii) failure to grant the
8  continuance would unreasonably deny defendant continuity of counsel
9  and would deny defense counsel the reasonable time necessary for
10 effective preparation, taking into account the exercise of due
11 diligence; and (iv) the case is so unusual and so complex, due to the
12 nature of the prosecution and the number of defendants, that it is
13 unreasonable to expect preparation for pre-trial proceedings or for
14 the trial itself within the time limits established by the Speedy
15 Trial Act.
16      THEREFORE, FOR GOOD CAUSE SHOWN:
17      1.   The trial in this matter is continued from October 14, 2025
18 to December 17, 2025.
19      2.   The time period of October 14, 2025 to December 17, 2025,
20 inclusive, is excluded in computing the time within which the trial
21 must commence, pursuant to 18 U.S.C. . §§ 3161(h)(7)(A),
22 (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv).
23      3.   Defendant shall appear in Courtroom 9A of the Federal
24 Courthouse, 350 W. 1st Street, Los Angeles, California on December
25 16, 2025 at 8:30 a.m.
26      4.   Nothing in this Order shall preclude a finding that other
27 provisions of the Speedy Trial Act dictate that additional time
28 periods are excluded from the period within which trial must

commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
07/17/25

_____          _____
DATE                                 HONORABLE PERCY ANDERSON
                                     UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
_____
COLIN S. SCOTT
Assistant United States Attorney

3